# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMALIA CRINA CARJAN KLINE, | No. 4:18-CV-02095 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Carlson) |
| JESSE KLINE, JR., THERESA MARIE PAGE LISA WOJOCHOWSKI, and LINDA COLLINS MINTZER, | |
| Defendants. | |

**ORDER**

**NOVEMBER 15, 2018**

On October 31, 2018, Magistrate Judge Martin C. Carlson issued a Report and Recommendation recommending that this Court dismiss Plaintiff's complaint without granting her leave to amend. Plaintiff did not object to this recommendation.[1]

This Court has reviewed the Report and Recommendation and finds that "there is no clear error on the face of the record."[2] Therefore, **IT IS HEREBY ORDERED** that Magistrate Judge Carlson's Report and Recommendation, ECF No. 5, is **ADOPTED IN ITS ENTIRETY** as follows:

---

[1] Plaintiff's November 7, 2018 letter to this Court did not address any of the Report and Recommendation's reasoning or recommendations.
[2] *Univac Dental Co. v. Dentsply Intern., Inc.*, 702 F. Supp. 2d 465, 469 (M.D. Pa. 2010).

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis, ECF No. 7, is **GRANTED**.

2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED WITH PREJUDICE**.

3. The Clerk of Court is directed to close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge